Perrine *v.* Perrine.

---

Joseph M. Perrine et al., respondents,

*v.*

William D. Perrine et al., appellants.

[Filed June 19th, 1903.]

*Mr. Howard W. Hayes,* for the appellant.

*Mr. John T. Rosell,* for the respondent.

Per Curiam.

The decree appealed from should be affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney, delivered in the court of chancery, and reported in *18 Dick. Ch. Rep. 483.*

*For affirmance*—The Chief-Justice, Van Syckel, Garrison, Garretson, Bogert, Voorhees, Vroom—7.

*For reversal*—Dixon, Fort, Hendrickson, Swayze, Vredenburgh—5.